ACCEPTED
03-13-00817-CV
5268395
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 2:01:18 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00817-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 2:01:18 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## THIRD DISTRICT OF TEXAS, AUSTIN

SETON FAMILY OF HOSPITALS D/B/A SETON MEDICAL CENTER,

Appellant,

v.

BEVERLY J. HAYWOOD,

Appellee.

ON INTERLOCUTORY APPEAL FROM
THE 345TH JUDICIAL DISTRICT, TRAVIS COUNTY, TEXAS

APPELLANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL
LETTER BRIEF

EMILY J. DAVENPORT
State Bar No. 24012501
REED, CLAYMON, MEEKER &
HARGETT, PLLC
5608 Parkcrest Drive, Suite 200
Austin, Texas  78731
(512) 660-5960
(512) 660-5979 (Facsimile)

Attorneys for Appellant

1

**TO THE HONORABLE COURT OF APPEALS:**

Pursuant to Texas Rule of Appellate Procedure 38.7, Appellant respectfully requests that the Court grant it leave to file a supplemental letter brief in response to Appellee's letter brief concerning *Ross v. St. Luke's Hosp.*, No. 13-0439 (Tex. May 1, 2015).

Appellee was granted leave to file her letter brief concerning *Ross* on May 8, 2015. Her letter brief was accepted as filed on May 11, 2015. If leave is granted, Appellant will file its reply brief on or before May 23, 2015.

**PRAYER**

Seton prays that the Court grant this Motion and allow it to file a supplemental letter brief.

Respectfully submitted,

By:  s/ Emily J. Davenport
    EMILY J. DAVENPORT
    State Bar No. 24012501
    ROBERT L. HARGETT
    State Bar No. 08996550
    JANICE M. BYINGTON
    State Bar No. 24006938
REED, CLAYMON, MEEKER & HARGETT, PLLC
5608 Parkcrest Drive, Suite 200

Austin, Texas  78731
(512) 660-5960 – telephone
(512) 660-5979 – facsimile
edavenport@rcmhlaw.com
rhargett@rcmhlaw.com
jbyington@rcmhlaw.com

**Attorneys for Appellant**

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P 10.1(a)(5), Appellant has conferred with counsel for Appellee, Robert C. Alden, and he has expressed no objection to Appellant seeking leave to file its letter brief.

/s/ Emily J. Davenport
Emily J. Davenport

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion has been compiled using a computer program in Word with 14-point font conventional typeface for the body of the motion. Excluding the portions exempted pursuant to Tex. R. App. P. 9.4, this motion contains 107 words.

/s/ Emily J. Davenport
Emily J. Davenport

4

## CERTIFICATE OF SERVICE

Pursuant to rule 9.5 of the Texas Rules of Appellate Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been sent by e-mail and certified mail, return receipt requested to the following counsel of record on this 13th day of May, 2015:

Robert C. Alden
Byrd, Davis Furman & Alden, LLP
707 West 34th St.
Austin, TX 78705
(512) 454-3751
ralden@byrddavis.com

/s/ Emily J. Davenport
Emily J. Davenport
